

July 13, 2020

Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     ***Wexler v. OkayPlayer.com LLC (1:19-cv-5450-ENV-JO)***

Dear Judge Orenstein,

We represent Plaintiff, David Wexler, in the above in-captioned case. The parties have reached a settlement and are currently memorializing the settlement agreement. We respectfully request that the settlement conference scheduled for July 14, 2020 be adjourned due to the settlement. The parties will file a stipulation of dismissal by July 31, 2020.

The Court's consideration is much appreciated.

                Respectfully submitted,

                /s/Richard Liebowitz
                Richard P. Liebowitz

                *Counsel for Plaintiff David Wexler*

