UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID WEXLER,<br><br>                Plaintiff,<br><br>v.<br><br>OKAYPLAYER.COM LLC<br><br>                Defendant. | No. 1:19-cv-5450-ENV-JO<br><br>**STIPULATION OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED .R. CIV .P. 41(A)** |

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the above-captioned action has settled and should be voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its or his own costs and attorneys' fees.

Dated:   New York, New York
            September  1  , 2020

| | |
|---|---|
| LIEBOWITZ LAW FIRM PLLC | Law Office of Alexander P. Hartnett |
| By:   /s/Richard Liebowitz<br>        Richard Liebowitz<br>11 Sunrise Plaza, Suite 301<br>Valley Stream, NY 11580<br>Tel: 516-233-1660<br>Fax: 516-706-7919<br>Email: rl@liebowitzlawfirm.com<br><br>*Attorneys for Plaintiff* | By: _[signature]_____<br>  Alexander P. Hartnett, Esq.<br>  83 Riverside Drive, Fl. 4<br>  New York, NY 10024<br>  Telephone: (212) 302-5800<br>  alex@aphartnett.com<br><br>  *Attorney for Defendant OkayPlayer.com LLC* |