UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID WEXLER,<br><br>                    Plaintiff,<br><br>v.<br><br>OKAYPLAYER.COM LLC<br><br>                    Defendant. | No. 1:19-cv-5450-ENV-JO<br><br>**STIPULATION OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED .R. CIV .P. 41(A)** |

   IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the above-captioned action has settled and should be voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its or his own costs and attorneys' fees.

Dated:   New York, New York
         September  1 , 2020

LIEBOWITZ LAW FIRM PLLC

By:   /s/Richard Liebowitz
         Richard Liebowitz
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: 516-233-1660
Fax: 516-706-7919
Email: rl@liebowitzlawfirm.com

*Attorneys for Plaintiff*

Law Office of Alexander P. Hartnett

By: /s/ Alexander P. Hartnett
   Alexander P. Hartnett, Esq.
   83 Riverside Drive, Fl. 4
   New York, NY 10024
   Telephone: (212) 302-5800
   alex@aphartnett.com

   *Attorney for Defendant OkayPlayer.com LLC*

The Clerk of Court is directed to close this case.

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 9/2/2020

/s/ENV
_____
Eric N. Vitaliano
United States District Judge